```
 1  WATSON ROUNDS
    Michael D. Rounds (Bar No. 133972)
 2  mrounds@watsonrounds.com
    Melissa P. Barnard (pro hac vice)
 3  mbarnard@watsonrounds.com
    Adam Yowell (pro hac vice)
 4  ayowell@watsonrounds.com
    One Market-Steuart Tower Suite 1600
 5  San Francisco, CA 94105
    Telephone:  (415) 243-4090
 6  Fax:        (415) 243-0226

 7  Attorneys for Defendant GraphOn Corporation

 8  Jeffrey M. Davidson (SBN 248620)
    Winslow B. Taub (SBN 233456)
 9  COVINGTON & BURLING LLP
    One Front Street, 35th Floor
10  San Francisco, CA 94111-5356
    Telephone:  (415) 591-6000
11  Fax:        (415) 591-6010
    Email: jdavidson@cov.com
12         wtaub@cov.com

13  Attorneys for Plaintiff MySpace, Inc.

14  Christopher Kao (SBN 237716)
    Brian Hennessy (SBN 226721)
15  PERKINS COIE LLP
    101 Jefferson Drive
16  Menlo Park CA 94025-1114
    Telephone:  (650) 838-4300
17  Fax:        (650) 838-4350
    Email:  CKao@perkinscoie.com
18          BHennessy@perkinscoie.com

19  Attorneys for Plaintiff craigslist, Inc.
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MySpace, Inc., a Delaware corporation,<br><br>        Plaintiff,<br>  v.<br><br>GraphOn Corporation, a Delaware corporation,<br><br>        Defendant. | CASE NO. 3:10-CV-00604-CRB<br><br>CASE NO. 3:10-CV-01156-CRB<br><br>**JOINT STIPULATION TO CONSOLIDATE RELATED CASES;** [PROPOSED] **ORDER** |
|---|---|

|   |
|---|
| GraphOn Corporation,<br>        Third-Party Plaintiff,<br>vs.<br>Fox Audience Network, Inc.,<br>        Third-Party Defendant.<br>craigslist, Inc.<br>        Plaintiff,<br>vs.<br>GraphOn Corporation,<br>        Defendant. |

The parties in *craigslist v. GraphOn*, Case No. 3:10-CV-01156-CRB and *MySpace v. GraphOn*, Case No. 3:10-CV-00604-CRB, by and through their counsel of record, stipulate as follows:

Pursuant to the Local Rule 7-12 and Fed.R.Civ.P. 42, the parties in the above-captioned matters stipulate and request a court order to consolidate the two related cases *MySpace v. GraphOn*, Case No. 3:10-CV-00604-CRB and *craigslist v. GraphOn*, Case No. 3:10-CV-01156-EMC as follows:

WHEREAS, the *MySpace* complaint was filed on February 2, 2010;

WHEREAS, the *craigslist* complaint was filed on March 18, 2010; and

WHEREAS, the Court determined that the two cases were related within the meaning of Civil Local Rule 3-12(a) and issued a Related Cases Order in both cases on April 15, 2010 to that effect;

WHEREAS, counsel for the parties have conferred, and the parties are in agreement that the *craigslist* action should be consolidated with the *MySpace* action for all purposes because the cases involve similar complaints and common questions of law or fact, and because

2
JOINT STIPULATION TO CONSOLIDATE RELATED CASES
3:10-CV-00604-CRB
3:10-CV-01156-CRB

1 | consolidation would advance the interests of judicial economy;

2 | **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs and Defendant, that:

   1. Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned actions are hereby consolidated for all purposes into one action.

   2. These actions shall be referred to herein as the "Consolidated Actions." The Master Docket and Master File for the Consolidated Actions shall be Civil Action No. 3:10-CV-00604-CRB.

   3. All orders, pleadings, motions and other documents shall, when filed and docketed in the Master file, be deemed filed and docketed in each individual case to the extent applicable.

   4. This stipulation is without prejudice to any other rights that any party may have.

Dated: May 11, 2010

By: /s/ Michael D. Rounds
Michael D. Rounds
Melissa P. Barnard (*Pro Hac Vice*)
Adam Yowell (*Pro Hac Vice*)
WATSON ROUNDS
One Market-Steuart Tower Suite 1600
San Francisco, CA 94105
Telephone: (415) 243-4090
Fax:          (415) 243-0226
Email: mrounds@watsonrounds.com
Email: mbarnard@watsonrounds.com
Email: ayowell@watsonrounds.com

Attorneys for Defendant GraphOn Corp

3
JOINT STIPULATION TO CONSOLIDATE RELATED CASES
3:10-CV-00604-CRB
3:10-CV-01156-CRB

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing *Stipulation to Consolidate Related Cases*. In compliance with General Order 45.X.B, I hereby attest that the other signatories to this filing have concurred in this filing.

Dated: May 11, 2010                          Respectfully submitted,

WATSON ROUNDS
By  /s/ Michael D. Rounds
Michael D. Rounds
Attorney for Defendant GraphOn Corp.

[~~PROPOSED~~] ORDER

The above stipulation having been considered and good cause appearing therefore,

**IT IS SO ORDERED.**

DATED: May 13, 2010



UNITED STATES DISTRICT JUDGE