Michael D. Rounds (Bar No. 133972)
Melissa P. Barnard (pro hac vice)
Adam K. Yowell (pro hac vice)
WATSON ROUNDS
One Market-Steuart Tower Suite 1600
San Francisco, CA 94105
Telephone: (415) 243-4090
Fax:         (415) 243-0226
mrounds@watsonrounds.com
mbarnard@watsonrounds.com
ayowell@watsonrounds.com

Attorneys for Defendant/Counter-claimant
GRAPHON CORPORATION

[additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYSPACE, INC.,<br><br>        Plaintiff,<br>  v.<br><br>GRAPHON CORPORATION,<br><br>        Defendant.<br>_____<br>CRAIGSLIST, INC.,<br><br>        Plaintiff,<br>  v.<br><br>GRAPHON CORPORATION,<br><br>        Defendant.<br>_____<br><br>RELATED COUNTERCLAIMS<br>_____ | **Case No. 3:10-CV-00604-EDL**<br>**Case No. 3:10-CV-01156-EDL**<br>**Consolidated Actions**<br><br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE PRETRIAL SCHEDULE; [~~PROPOSED~~] ORDER** |

1

Plaintiffs MySpace, Inc. and craigslist Inc., Third-Party Defendant Fox Audience Network, Inc. and Defendant GraphOn Corporation hereby stipulate to and request a one-week extension to file a statement proposing pretrial deadlines for the inequitable conduct hearing scheduled for January 18, 2011.  Pursuant to the Court's Order of August 6, 2010, the current deadline for the parties to file jointly proposed deadlines is August 20, 2010.  While the parties are working diligently to agree upon and complete a pretrial schedule, additional time is needed for them to reach agreement.  The parties seek this extension of time for good cause, in particular, so they can work to provide an agreed schedule and avoid filing separate schedules with the Court.  Wherefore, the parties respectfully request that the Court extend the time for the parties to file a pretrial schedule for the inequitable conduct hearing, up to and including August 27, 2010.

Dated:  August 20, 2010

By:  /s/ Michael D. Rounds_____

Michael D. Rounds
Melissa P. Barnard (*Pro Hac Vice*)
Adam Yowell (*Pro Hac Vice*)
WATSON ROUNDS
One Market-Steuart Tower Suite 1600
San Francisco, CA 94105
Telephone:  (415) 243-4090
Fax:          (415) 243-0226
Email:  mrounds@watsonrounds.com
          mbarnard@watsonrounds.com
          ayowell@watsonrounds.com

Attorneys for Defendant/Counter-claimant
GraphOn Corporation

Dated:  August 20, 2010

By:  /s/ Kevin Collins_____

Kevin Collins (*Pro Hac Vice*)
Jeffrey M. Davidson (SBN 248620)
Winslow B. Taub (SBN 233456)

COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111-5356
Telephone:  (415) 591-6000
Fax:            (415) 591-6010
Email: kcollins@cov.com
        jdavidson@cov.com
        wtaub@cov.com

Attorneys for Plaintiff/Counter-defendant
MySpace, Inc.; Fox Audience Network, Inc.

Dated:  August 20, 2010

By:  /s/ Christopher Kao_____

Christopher Kao (SBN 237716)
Brian Hennessy (SBN 226721)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park CA 94025-1114
Telephone:  (650) 838-4300
Fax:            (650) 838-4350
Email:  CKao@perkinscoie.com
        BHennessy@perkinscoie.com

Attorneys for Plaintiff/Counter-defendant
craigslist, Inc.

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation for Extension of Time to File Pretrial Schedule and [Proposed] Order .  In compliance with General Order 45.X.B., I hereby attest that the other signatories to the filing have concurred in this filing.

Dated:  August 20, 2010.                              Respectfully submitted,

                                                                   WATSON ROUNDS


                                                                   By: /s/ Michael D. Rounds
                                                                          Michael D. Rounds

                                                                   Attorneys for GraphOn

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MYSPACE, INC.,

        Plaintiff,

   v.

GRAPHON CORPORATION,

        Defendant.

_____

CRAIGSLIST, INC.,

        Plaintiff,

   v.

GRAPHON CORPORATION,

        Defendant.

_____

RELATED COUNTERCLAIMS

_____

**Case No. 3:10-CV-00604-EDL**
**Case No. 3:10-CV-01156-EDL**
**Consolidated Actions**


**[~~PROPOSED~~] ORDER**


      The above stipulation having been considered and good cause appearing therefore, the time for the parties to file a pretrial schedule for the inequitable conduct hearing is extended up to and including August 27, 2010.

**IT IS SO ORDERED.**


DATED:_____August 23, 2010_____          _____

                    The Honorable Elizabeth D. LaPorte
                    UNITED STATES MAGISTRATE JUDGE