Kevin B. Collins (admitted *pro hac vice*)
Jeffrey M. Davidson (SBN 248620)
Winslow B. Taub (SBN 233456)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco California 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: kcollins@cov.com
       jdavidson@cov.com
       wtaub@cov.com

Attorneys for MYSPACE, INC., and
FOX AUDIENCE NETWORK, INC.

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYSPACE, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GRAPHON CORPORATION,<br><br>　　　　Defendant.<br><br>_____<br><br>CRAIGSLIST, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GRAPHON CORPORATION,<br><br>　　　　Defendant. | **Case No. C 10-00604 EDL**<br>**Case No. C 10-01156 EDL**<br>**Consolidated Actions**<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING PARTIES TO BRING EQUIPMENT TO COURTROOM FOR HEARING ON OCTOBER 1, 2010**<br><br>**[Civil L.R. 7-12]**<br><br>**Submitted In Connection With MySpace/FAN's And Craigslist's Motions For Summary Judgment, And GraphOn's Motion To Strike, Set For Hearing As Follows:**<br><br>**Date: Friday, October 1, 2010**<br>**Time: 10:00 a.m.**<br>**Location: Courtroom E, 15th Floor**<br>**Judge: Hon. Elizabeth D. Laporte** |

Plaintiffs and Counterdefendants MySpace, Inc. and craigslist Inc., Third-Party Defendant and Counterclaimant Fox Audience Network, Inc. (collectively, "Plaintiffs"), and Defendant and Counterclaimant GraphOn Corporation ("GraphOn") hereby jointly submit this

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 10-00604 EDL
CASE NO. C 10-01156 EDL

Stipulation and [Proposed] Order regarding bringing equipment into the Courtroom for the hearing on Plaintiffs' motions for summary judgment and GraphOn's motion to strike, scheduled for October 1, 2010 at 10:00 a.m. before the Honorable Elizabeth D. Laporte.

WHEREAS, Plaintiffs and GraphOn request permission to bring certain equipment into the Courtroom for the hearing scheduled for October 1, 2010 at 10:00 a.m.

WHEREAS, Plaintiffs and GraphOn further request access to the Courtroom at approximately 8:00 a.m. on October 1, 2010 to allow for the setting up of the equipment in time for the hearing.

WHEREAS, Plaintiffs and GraphOn request permission to bring the following equipment into the Courtroom for the parties to use jointly:

1. Five 17-inch monitors;
2. One speaker;
3. One projector and stand;
4. One 100-inch screen; and
5. Assortment of peripheral equipment, including computer audio patch, switches, cables, adapters, surge protectors, and cords.

Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and GraphOn, subject to the Court's approval, that Plaintiffs and GraphOn are permitted to bring the aforementioned equipment into the Courtroom in advance of the hearing on October 1, 2010.

DATED: September 29, 2010  Respectfully submitted,

COVINGTON & BURLING LLP

By: /s/ Kevin B. Collins[1]
Kevin B. Collins

ATTORNEYS FOR MYSPACE, INC., AND FOX AUDIENCE NETWORK, INC.

DATED: September 29, 2010  Respectfully submitted,

PERKINS COIE LLP

By: /s/ Christopher Kao
Christopher Kao (SBN 237716)
CKao@perkinscoie.com
Brian Hennessy (SBN 226721)
BHennessy@perkinscoie.com

ATTORNEYS FOR CRAIGSLIST, INC.

DATED: September 29, 2010  Respectfully submitted,

WATSON ROUNDS

By:  /s/ Michael Rounds
Michael D. Rounds (SBN 1339972)
Melissa P. Barnard (*Pro Hac Vice*)
Adam K. Yowell (*Pro Hac Vice*)
One Market-Steuart Tower Suite 1600
San Francisco, CA 94105
Email: mrounds@watsonrounds.com
Email: mbarnard@watsonrounds.com
Email: ayowell@watsonrounds.com

ATTORNEYS FOR GRAPHON CORPORATION

---

[1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories hereto.

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 10-00604 EDL
CASE NO. C 10-01156 EDL

- 2 -

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 30, 2010      _____
                                *Elizabeth D. Laporte*
                                Honorable Elizabeth D. Laporte
                                United States Magistrate Judge