Kevin B. Collins (admitted *pro hac vice*)
Jeffrey M. Davidson (SBN 248620)
Winslow B. Taub (SBN 233456)
Deanna L. Kwong (SBN 233480)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco California 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: kcollins@cov.com
       jdavidson@cov.com
       wtaub@cov.com
       dkwong@cov.com

Attorneys for MYSPACE, INC., and
FOX AUDIENCE NETWORK, INC.

[additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MYSPACE, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>GRAPHON CORPORATION,<br><br>    Defendant.<br><hr>CRAIGSLIST, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>GRAPHON CORPORATION,<br><br>    Defendant. | **Case No. C 10-00604 EDL**<br>**Case No. C 10-01156 EDL**<br>**Consolidated Actions**<br><br>**JOINT [~~PROPOSED~~] PRETRIAL DEADLINES FOR INEQUITABLE CONDUCT HEARING**<br> AS MODIFIED |

In accordance with the Court's Order dated August 6, 2010 (Document No. 71), and the Court's instructions during the telephonic status conference held September 23, 2010, Plaintiffs MySpace, Inc. and craigslist Inc., Third-Party Defendant Fox Audience Network, Inc., and Defendant GraphOn Corporation hereby submit the following revised proposed deadlines

concerning the hearing on inequitable conduct. These deadlines are consistent with the Court's standing order relating to bench trials.

| | |
|---|---|
| Completion of Fact Discovery | 12/17/2010 |
| Designation of Expert Witness; Expert Reports Due | 1/7/2011 |
| Rebuttal Expert Witness Reports Due | 1/28/2011 |
| Completion of Expert Discovery | 2/11/2011 |
| Parties to Meet and Confer Regarding Pretrial Conference Statement | 2/4/2011 |
| Pretrial Conference Statement / Trial Brief / Motions in Limine | 2/15/2011 |
| Objections to Exhibits / Objections to Non-Expert Witnesses / Oppositions to Motions in Limine | 2/25/2011 at noon |
| Pretrial Conference | ~~3/7/2011~~ 3/8/2011 |
| Inequitable Conduct Hearing | 3/14/2011 |
| Simultaneous Filing of Findings of Fact / Conclusion of Law | 4/13/2011 |
| Simultaneous Filing of Responses to Findings of Fact / Conclusion of Law | 5/3/2011 |

As discussed at the telephonic status conference, the Court indicated that it will set the length of the hearing at the pretrial conference.

| | | |
|---|---|---|
| 1 | DATED: October 18, 2010 | Respectfully submitted, |
| 2 | | COVINGTON & BURLING LLP |
| 3 | | |
| 4 | | By: /s/ Kevin B. Collins |
| | |     Kevin B. Collins (*pro hac vice*) |
| | |     Jeffrey M. Davidson (SBN 248620) |
| 5 | |     Winslow B. Taub (SBN 233456) |
| 6 | | |
| 7 | | ATTORNEYS FOR MYSPACE, INC., AND FOX AUDIENCE NETWORK, INC. |
| 8 | DATED: October 18, 2010 | Respectfully submitted, |
| 9 | | PERKINS COIE LLP |
| 10 | | |
| 11 | | By: /s/ Christopher Kao |
| | |     Christopher Kao (SBN 237716) |
| | |     CKao@perkinscoie.com |
| 12 | |     Brian Hennessy (SBN 226721) |
| | |     BHennessy@perkinscoie.com |
| 13 | | |
| 14 | | ATTORNEYS FOR PLAINTIFF CRAIGSLIST, INC. |
| 15 | | |
| 16 | DATED: October 18, 2010 | Respectfully submitted, |
| 17 | | WATSON ROUNDS |
| 18 | | |
| 19 | | By: /s/ Michael Rounds |
| | |     Michael D. Rounds (SBN 1339972) |
| 20 | |     Melissa P. Barnard (*Pro Hac Vice*) |
| | |     Adam K. Yowell (*Pro Hac Vice*) |
| 21 | |     One Market-Steuart Tower Suite 1600 |
| | |     San Francisco, CA 94105 |
| 22 | |     Email: mrounds@watsonrounds.com |
| | |     Email: mbarnard@watsonrounds.com |
| 23 | |     Email: ayowell@watsonrounds.com |
| 24 | | ATTORNEYS FOR DEFENDANT GRAPHON CORPORATION |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT [PROPOSED] PRETRIAL DEADLINES
CASE NO. C 10-00604 EDL
CASE NO. C 10-01156 EDL

- 3 -

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint [Proposed] Pretrial Deadlines. In compliance with General Order 45.X.B., I hereby attest that the other signatories to the filing have concurred in this filing.

Dated: October 18, 2010

Respectfully submitted,

COVINGTON & BURLING LLP

By: /s/ Jeffrey M. Davidson
    Jeffrey M. Davidson

Attorney for MySpace, Inc. and Fox Audience Network, Inc.

**[PROPOSED]** ORDER

THE PARTIES IN THIS ACTION SHALL FOLLOW THE PRETRIAL DEADLINES LISTED ABOVE. AS MODIFIED

IT IS SO ORDERED.

DATED: October 19, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge