IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MYSPACE, INC.,

    Plaintiff,

    v.

GRAPHON CORPORATION,

    Defendant.

CRAIGSLIST, INC.,

    Plaintiff,

    v.

GRAPHON CORPORATION,

    Defendant.

No. C-10-0604 EDL
No. C-10-1156 EDL
Consolidated Actions

**ORDER GRANTING DEFENDANT'S MOTION FOR CLARIFICATION OR IN THE ALTERNATIVE MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

On August 6, 2010, the Court issued an order granting Plaintiffs' motion for an early hearing on inequitable conduct. Defendant has filed this motion for clarification or, in the alternative, for reconsideration, of two statements made in that order. Because this matter is appropriate for decision without oral argument, the Court vacates the October 26, 2010 hearing and grants Defendant's Motion for Clarification as follows.

In the August 6, 2010 Order, the Court specifically stated that it had "not reached a decision, even preliminarily, on the ultimate merits" of the inequitable conduct claim. Aug. 6, 2010 Order at 3. In making that statement, the Court meant to convey that it was not making any findings at all regarding the merits of any aspect of this case. However, to be even more clear, the Court confirms that it did not make any findings in the August 6, 2010 Order, and that none of the statements made by the Court are to be construed or used by any party in subsequent proceedings as the law of the

case or as findings of fact.

**IT IS SO ORDERED.**

Dated: October 19, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge