Michael D. Rounds (Bar No. 133972)
Melissa P. Barnard (*pro hac vice*)
Adam K. Yowell (*pro hac vice*)
WATSON ROUNDS
One Market-Steuart Tower Suite 1600
San Francisco, CA 94105
Telephone: (415) 243-4090
Fax:         (415) 243-0226
mrounds@watsonrounds.com
mbarnard@watsonrounds.com
ayowell@watsonrounds.com

Attorneys for Defendant/Counter-claimant
GRAPHON CORPORATION

[additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYSPACE, INC.,<br><br>　　　　Plaintiff,<br>　　v.<br><br>GRAPHON CORPORATION,<br><br>　　　　Defendant.<br>―――――――――――――――――――<br>CRAIGSLIST, INC.,<br><br>　　　　Plaintiff,<br>　　v.<br><br>GRAPHON CORPORATION,<br><br>　　　　Defendant.<br>―――――――――――――――――――<br>RELATED COUNTERCLAIMS | **Case No. 3:10-CV-00604-EDL**<br>**Case No. 3:10-CV-01156-EDL**<br>**Consolidated Actions**<br><br><br>**STIPULATION FOR EXTENSION OF TIME FOR GRAPHON TO FILE ITS OPENING CLAIM CONSTRUCTION BRIEF; [PROPOSED] ORDER** |

1

Stipulation for Extension of Time for GraphOn
to File Its Opening Claim Construction Brief
3:10-CV-00604-EDL; 3:10-CV-01156-EDL

Pursuant to the Case Management and Scheduling Order of July 1, 2010 (Document No. 59), the current deadline for GraphOn Corporation to file its opening claim construction brief is November 12, 2010.  GraphOn has requested an extension to file its brief, and Plaintiffs MySpace, Inc., craigslist Inc., and Third-Party Defendant Fox Audience Network, Inc. do not oppose such an extension.  The parties therefore stipulate to a short extension for GraphOn to file its opening claim construction brief, making the new due date Monday, November 15, 2010.  GraphOn seeks this extension of time for good cause, and not for the purposes of delay.  All other deadlines listed in the Case Management and Scheduling Order shall remain unaffected.

| | |
|---|---|
| Dated:  November 12, 2010 | WATSON ROUNDS |
| | By:  /s/ Michael D. Rounds_____ |
| | Michael D. Rounds<br>Melissa P. Barnard (*Pro Hac Vice*)<br>Adam Yowell (*Pro Hac Vice*)<br>WATSON ROUNDS<br>One Market-Steuart Tower Suite 1600<br>San Francisco, CA 94105<br>Telephone:  (415) 243-4090<br>Fax:            (415) 243-0226<br>Email:  mrounds@watsonrounds.com<br>            mbarnard@watsonrounds.com<br>            ayowell@watsonrounds.com |
| | Attorneys for Defendant/Counter-claimant<br>GraphOn Corporation |
| Dated:  November 12, 2010 | COVINGTON & BURLING LLP |
| | By:  /s/ Kevin Collins_____ |
| | Kevin Collins (*Pro Hac Vice*)<br>Jeffrey M. Davidson (SBN 248620) |

2

Stipulation for Extension of Time for GraphOn
to File Its Opening Claim Construction Brief
3:10-CV-00604-EDL; 3:10-CV-01156-EDL

Winslow B. Taub (SBN 233456)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Fax: (415) 591-6091
Email: kcollins@cov.com
      jdavidson@cov.com
      wtaub@cov.com

Attorneys for Plaintiff/Counter-defendant MySpace, Inc. and Third-Party Defendant and Counterclaimant Fox Audience Network, Inc.

Dated: November 12, 2010

PERKINS COIE LLP

By: /s/ Christopher Kao

Christopher Kao (SBN 237716)
Brian Hennessy (SBN 226721)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Fax: (650) 838-4350
Email: CKao@perkinscoie.com
      BHennessy@perkinscoie.com

Attorneys for Plaintiff/Counter-defendant craigslist, Inc.

3

Stipulation for Extension of Time for GraphOn to File Its Opening Claim Construction Brief
3:10-CV-00604-EDL; 3:10-CV-01156-EDL

**SIGNATURE ATTESTATION**

     I am the ECF User whose identification and password are being used to file the foregoing Stipulation for Extension of Time for GraphOn to File Its Opening Claim Construction Brief and [Proposed] Order.  In compliance with General Order 45.X.B., I hereby attest that the other signatories to the filing have concurred in this filing.

Dated:  November 12, 2010.                                          Respectfully submitted,

                                                       WATSON ROUNDS

                                                       By: /s/ Michael D. Rounds_____
                                                           Michael D. Rounds

                                                           Attorneys for GraphOn

4

Stipulation for Extension of Time for GraphOn
to File Its Opening Claim Construction Brief
3:10-CV-00604-EDL; 3:10-CV-01156-EDL

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYSPACE, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>GRAPHON CORPORATION,<br><br>        Defendant. | **Case No. 3:10-CV-00604-EDL**<br>**Case No. 3:10-CV-01156-EDL**<br>**Consolidated Actions**<br><br>**[PROPOSED] ORDER** |
| CRAIGSLIST, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>GRAPHON CORPORATION,<br><br>        Defendant. | |
| RELATED COUNTERCLAIMS | |

The above stipulation having been considered and good cause appearing therefor, the time for GraphOn to file its opening claim construction brief is extended up to and including November 15, 2010.

**IT IS SO ORDERED.**

DATED: November 22, 2010

*Elizabeth D. Laporte*
The Honorable Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

5

Stipulation for Extension of Time for GraphOn
to File Its Opening Claim Construction Brief
3:10-CV-00604-EDL; 3:10-CV-01156-EDL