IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MYSPACE, INC.,

    Plaintiff,

v.

GRAPHON CORPORATION,

    Defendant.

No. C -10-00604 EDL
C- 10-01156 EDL

**ORDER REQUIRING STATUS REPORT**

On December 10, 2010, the Court granted the parties' Joint Motion for Final Judgment Under Rule 54(b) and stayed further activity in this case pending resolution of Defendant's appeal of the Court's November 23, 2010 Order Granting Plaintiffs' Motion for Summary Judgment and Denying Defendant's Motion to Strike. The Court notes that on June 8, 2012, the Federal Circuit issued a Judgment in this case affirming the Court's November 23, 2010 Order. Accordingly, no later than June 22, 2012, the parties shall file a joint letter informing the Court as to the status of this case.

**IT IS SO ORDERED.**

Dated: June 11, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge