Kevin B. Collins (admitted *pro hac vice*)
Jeffrey M. Davidson (SBN 248620)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco California 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: kcollins@cov.com
       jdavidson@cov.com

Attorneys for Plaintiff and Counterdefendant MySpace, Inc., and
Third-Party Defendant and Counterclaimant Fox Audience Network, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYSPACE, INC., | ) **Case No. C 10-00604 EDL** |
| | ) **Case No. C 10-01156 EDL** |
| Plaintiff and Counterdefendant, | ) **Consolidated Actions** |
| | ) |
| vs. | ) |
| | ) **~~[PROPOSED]~~ ORDER** |
| GRAPHON CORPORATION, | ) |
| | ) |
| Defendant and Counterclaimant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

1    The parties have submitted an update on the status of the litigation pursuant to the

2    Court's June 11 Order.  Having reviewed the parties' letter, it is hereby ORDERED:

3

4    1.    All case activities remain STAYED pursuant to the Court's order of December 10, 2010.

5    2.    The matter is set for a status conference on July 31, 2012, at 10:00.  The parties may

6    appear telephonically.  The parties shall submit a joint status conference statement 7 days in

7    advance of the conference.

8

9

10   Dated: ___June 25___, 2012

11



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Elizabeth D. Laporte

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28