Kevin B. Collins (admitted *pro hac vice*)
Jeffrey M. Davidson (SBN 248620)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco California 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: kcollins@cov.com
         jdavidson@cov.com

Attorneys for Plaintiff and Counterdefendant MySpace, Inc., and
Third-Party Defendant and Counterclaimant Fox Audience Network, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYSPACE, INC., <br><br> Plaintiff and Counterdefendant, <br><br> vs. <br><br> GRAPHON CORPORATION, <br><br> Defendant and Counterclaimant. | **Case No. C 10-00604 EDL** <br> **Case No. C 10-01156 EDL** <br> **Consolidated Actions** <br><br> [PROPOSED] ORDER |

The parties have submitted an update on the status of the litigation pursuant to the Court's June 11 Order. Having reviewed the parties' letter, it is hereby ORDERED:

1. All case activities remain STAYED pursuant to the Court's order of December 10, 2010.

2. The matter is set for a status conference on July 31, 2012, at 10:00. The parties may appear telephonically. The parties shall submit a joint status conference statement 7 days in advance of the conference.

Dated: June 25, 2012



IT IS SO ORDERED
Judge Elizabeth D. Laporte