Michael D. Rounds (SBN 133972)
Melissa P. Barnard (*pro hac vice*)
Adam K. Yowell (*pro hac vice*)
WATSON ROUNDS
One Embarcadero Center, Ste. 4100
San Francisco, CA 94111
Telephone: (415) 243-4090
Fax:          (415) 243-0226
mrounds@watsonrounds.com
mbarnard@watsonrounds.com
ayowell@watsonrounds.com

Attorneys for Defendant/Counter-claimant
GRAPHON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYSPACE, INC.,<br><br>    Plaintiff and Counterdefendant,<br><br>vs.<br><br>GRAPHON CORPORATION,<br><br>    Defendant and Counterclaimant.<br>_____/ | Case No. C 10-00604 EDL<br>Case No. C 10-01156 EDL<br>**Consolidated Actions**<br><br>[~~PROPOSED~~] ORDER |

The parties have submitted an update on the status of the litigation pursuant to the Court's June 25 Order. Having reviewed the parties' letter, it is hereby ORDERED:

1.   All case activities remain STAYED pursuant to the Court's order of December 10, 2010.

2.   The matter is set for a status conference on September 11, 2012, at 10:00 a.m. The parties may appear telephonically. The parties shall submit a joint status conference statement 7 days in advance of the conference.

Dated: July 25, 2012

*Elizabeth D. Laporte*
Honorable Elizabeth D. Laporte
United States Magistrate Judge

[Proposed] Order - 1