Christopher Kao (SBN 237716)
Brian Hennessy (SBN 226721)
J. Patrick Corrigan (SBN 240859)
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 838-4300
Facsimile: (650) 838-4350
Email: ckao@perkinscoie.com
bhennessy@perkinscoie.com
pcorrigan@perkinscoie.com

Attorneys for Plaintiff and Counterdefendant
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYSPACE, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GRAPHON CORPORATION,<br><br>    Defendant. | **Case No. CV-10-0604 ~~CRB~~ EDL**<br>**Case No. CV-10-1156 ~~CRB~~ EDL**<br>**Consolidated Actions**<br><br>**[~~PROPOSED~~ ORDER]** |
| CRAIGSLIST, INC.<br><br>    Plaintiff,<br><br>  v.<br><br>GRAPHON CORPORATION,<br><br>    Defendant. | |
| AND RELATED CROSS-ACTIONS | |

PROPOSED ORDER

craigslist, Inc., GraphOn Corp., MySpace, Inc. and Fox Audience Network, Inc. have submitted an update on the status of the litigation pursuant to the Court's July 25, 2012 Order. Having reviewed their letter, it is hereby ORDERED as follows:

1. All case activities remain STAYED pursuant to the Court's Order of December 10, 2010.

2. The matter is set for a status conference on October 2, 2012 at 10:00 a.m. The parties may appear telephonically. The parties shall submit a joint status conference statement 7 days in advance of the conference.

September 5, 2012

*[signature: Elizabeth D. Laporte]*
Honorable Elizabeth D. Laporte
United States Magistrate Judge

1

PROPOSED ORDER