|   |   |
|---|---|
| 1 | Christopher Kao (SBN 237716) |
|   | Brian Hennessy (SBN 226721) |
| 2 | J. Patrick Corrigan (SBN 240859) |
|   | PERKINS COIE LLP |
| 3 | 3150 Porter Drive |
|   | Palo Alto, CA 94304 |
| 4 | Telephone: (650) 838-4300 |
| 5 | Facsimile: (650) 838-4350 |
|   | Email: ckao@perkinscoie.com |
| 6 | bhennessy@perkinscoie.com |
|   | pcorrigan@perkinscoie.com |
| 7 |   |
| 8 | Attorneys for Plaintiff and Counterdefendant craigslist, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MYSPACE, INC.,

           Plaintiff,

   v.

GRAPHON CORPORATION,

           Defendant.

CRAIGSLIST, INC.

           Plaintiff,

   v.

GRAPHON CORPORATION,

           Defendant.

AND RELATED CROSS-ACTIONS

**Case No. CV-10-0604 ~~CRB~~ EDL**
**Case No. CV-10-1156 ~~CRB~~ EDL**
**Consolidated Actions**

**[~~PROPOSED~~ ORDER]**

PROPOSED ORDER

  craigslist, Inc., GraphOn Corp., MySpace, Inc. and Fox Audience Network, Inc. have submitted an update on the status of the litigation pursuant to the Court's July 25, 2012 Order. Having reviewed their letter, it is hereby ORDERED as follows:

  1. All case activities remain STAYED pursuant to the Court's Order of December 10, 2010.

  2. The matter is set for a status conference on October 2, 2012 at 10:00 a.m. The parties may appear telephonically. The parties shall submit a joint status conference statement 7 days in advance of the conference.

September 5, 2012

Honorable Elizabeth D. Laporte
United States Magistrate Judge

1

PROPOSED ORDER