Michael D. Rounds (Bar No. 133972)
Adam K. Yowell (*pro hac vice*)
WATSON ROUNDS
One Embarcadero Center, Suite 4100
San Francisco, CA 94111
Telephone: (415) 243-4090
Fax: (415) 243-0226
mrounds@watsonrounds.com
ayowell@watsonrounds.com

Attorneys for Defendant/Counter-claimant
GRAPHON CORPORATION

[additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYSPACE, INC.,<br><br>    Plaintiff,<br>v.<br><br>GRAPHON CORPORATION,<br><br>    Defendant. | **Case No. 3:10-CV-00604-EDL**<br>**Case No. 3:10-CV-01156-EDL**<br>**Consolidated Actions**<br><br>**STIPULATION OF DISMISSAL** |
| CRAIGSLIST, INC.,<br><br>    Plaintiff,<br>v.<br><br>GRAPHON CORPORATION,<br><br>    Defendant. | |
| RELATED COUNTERCLAIMS | |

1

Pursuant to Federal Rules of Civil Procedure 41(a)(2), plaintiffs MySpace, Inc. n/k/a Myspace LLC and craigslist, Inc., defendant GraphOn Corporation, and third-party defendant Fox Audience Network, Inc. n/k/a Rubicon-FAN, Inc., by and through their undersigned counsel, hereby stipulate that the consolidated actions of Case Nos. 3:10-CV-00604-EDL and 3:10-CV-01156-EDL, including all claims and defenses therein, shall be dismissed in their entirety with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: October 19, 2012            WATSON ROUNDS

By: /s/ Michael D. Rounds
Michael D. Rounds
Adam Yowell (*Pro Hac Vice*)
WATSON ROUNDS
One Embarcadero Center, Suite 4100
San Francisco, CA 94111
Telephone: (415) 243-4090
Fax:        (415) 243-0226
Email: mrounds@watsonrounds.com
          ayowell@watsonrounds.com

*Attorneys for Defendant/Counter-claimant GraphOn Corporation*

Dated: October 19, 2012            COVINGTON & BURLING LLP

By: /s/ Kevin Collins
Kevin Collins (*Pro Hac Vice*)
Jeffrey M. Davidson (SBN 248620)
Winslow B. Taub (SBN 233456)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Fax:        (415) 591-6091
Email: kcollins@cov.com
         jdavidson@cov.com
         wtaub@cov.com

|  |  |
|---|---|
|  | *Attorneys for Plaintiff/Counter-defendant MySpace, Inc. and Third-Party Defendant and Counterclaimant Fox Audience Network, Inc.* |
| Dated: October 19, 2012 | PERKINS COIE LLP<br><br>By: /s/ Christopher Kao<br>Christopher Kao (SBN 237716)<br>J. Patrick Corrigan (SBN 240859)<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone: (650) 838-4300<br>Fax: (650) 838-4350<br>Email: ckao@perkinscoi.com<br>pcorrigan@perkinscoi.com<br><br>*Attorneys for Plaintiff/Counter-defendant craigslist, Inc.* |

3

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation. In compliance with General Order 45.X.B., I hereby attest that the other signatories to the filing have concurred in this filing.

Dated: October 19, 2012

Respectfully submitted,

WATSON ROUNDS

By: /s/ Michael D. Rounds
    Michael D. Rounds

*Attorneys for GraphOn Corporation*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYSPACE, INC.,<br><br>　　　　Plaintiff,<br>　v.<br><br>GRAPHON CORPORATION,<br><br>　　　　Defendant. | Case No. 3:10-CV-00604-EDL<br>Case No. 3:10-CV-01156-EDL<br>**Consolidated Actions**<br><br>[~~PROPOSED~~] **ORDER** |
| CRAIGSLIST, INC.,<br><br>　　　　Plaintiff,<br>　v.<br><br>GRAPHON CORPORATION,<br><br>　　　　Defendant. | |
| RELATED COUNTERCLAIMS | |

The above stipulation having been considered and good cause appearing, all claims by plaintiff MySpace, Inc. n/k/a Myspace LLC and craigslist, Inc., defendant GraphOn Corporation, and third-party defendant Fox Audience Network, Inc. n/k/a Rubicon-FAN, Inc. against each other in these consolidated actions are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees. The Clerk shall accordingly enter JUDGMENT dismissing Case Nos. 3:10-CV-00604-EDL and 3:10-CV-01156-EDL with prejudice.

**IT IS SO ORDERED.**

DATED: October 25, 2012

_____
The Honorable Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that, on this date, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: October 19, 2012

/s/ Jeff Tillison
An Employee of Watson Rounds
